***NOT FOR PRINTED PUBLICATION***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PAULA WEBB, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:13cv525 (Judge Clark/Judge Mazzant) |
| BRAKES PLUS, INC. and ARAMARK UNIFORM & CAREER APPAREL, LLC, | § § § § | |
| *Defendants.* | § | |

## ORDER

Before the court is the Plaintiff Paula Webb and Defendant ARAMARK Uniform & Career Apparel, LLC's Stipulation of Dismissal as to ARAMARK Uniform & Career Apparel, LLC [Doc. #35]. In the Stipulation of Dismissal, Plaintiffs moves to dismiss her lawsuit as to Defendant ARAMARK Uniform & Career Apparel, LLC.

It is **ORDERED** that the Stipulation of Dismissal as to ARAMARK Uniform & Career Apparel, LLC [Doc. #35] is accepted by the court. The court further **ORDERS** that Plaintiff's claims and causes of action against Defendant ARAMARK Uniform & Career Apparel, LLC are **DISMISSED** without prejudice.

The Clerk is directed to terminate ARAMARK Uniform & Career Apparel, LLC as a defendant in this civil action.

**So ordered and signed on**

**Aug 29, 2014**

_____
Ron Clark, United States District Judge