**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PAULA WEBB, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:13cv525 |
| | § | Judge Clark/Judge Mazzant |
| BRAKES PLUS, INC. | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Stipulation of Dismissal as to Brakes Plus, Inc. [Doc. #38].

It is **ORDERED** that the Stipulation of Dismissal as to Brakes Plus, Inc. [Doc. #38] is accepted by the court. The court further **ORDERS** that above entitled and numbered cause is dismissed as to all parties and all claims with prejudice to the refiling of same in any form whatsoever as to any claim or cause of action which was or could have been asserted herein, with the taxable court costs to be paid by the party incurring same.

It is further **ORDERED** that all relief which was sought or which could have been sought herein, not expressly granted herein, is denied. This order finally disposes of all parties and all claims.

So **ORDERED** and **SIGNED** this **30** day of **September, 2014.**

_____
Ron Clark, United States District Judge